

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00510-CR

| | | |
|---|---|---|
| Travis Guerin, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR14293) |
| v. | § | August 26, 2019 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and incorporated order to withdraw funds and the bill of costs are modified to delete $45 of the improperly charged warrant fee, leaving total costs at $334. It is ordered that the trial court's judgment and incorporated order to withdraw funds are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Lee Gabriel_____
    Justice Lee Gabriel